Alexander G. Calfo (SBN 152891)
alexander.calfo@btlaw.com
Kelley S. Olah (SBN 245180)
kelley.olah@btlaw.com
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, California  90067
Telephone:     (310) 284-3880
Facsimile:      (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC. and JOHNSON &
JOHNSON SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TED GINCIG,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPUY ORTHOPAEDICS, INC.; THOMAS P. SCHMALZRIED, M.D., a Professional Corporation; THOMAS VAIL M.D.; JOHNSON & JOHNSON SERVICES, INC. and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendant. | Case No.  CV13-3181-KAW<br><br>**ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS**<br><br>JURY TRIAL DEMANDED<br><br>Trial Date:   None Set |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff TED GINCIG and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., and THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

　　1.　　The Parties' request for a stay of proceedings is GRANTED;

　　2.　　All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy*

CV13-3181-KAW

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

**ORDER RE:    STIPULATION TO STAY ALL PROCEEDINGS**

1 *Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

2     3.     Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __July 19__, 2013

_____
UNITED STATES DISTRICT JUDGE